

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00174-CR
No. 02-21-00175-CR
No. 02-21-00176-CR

EMANUEL OCHOA, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 235th District Court
Cooke County, Texas
Trial Court No. CR19-00054, CR19-00056, CR19-00057

---

### ORDER

On August 31, 2022, Teresa Ward, official court reporter for the 235th District Court, certified to this court that she was unable to convert State's Exhibit Nos. PT SX-2 and SX-83 into a format and/or size compatible with the requirements of the TAMES records submission portal (RSP). Ward stated that the exhibits are the same video, "a[n] Interview Room video that is on proprietary software, MJP format," that is "unable to be converted."

This court subsequently ordered the trial court clerk to deliver a copy of State's Exhibit No. PT SX-2 (Interview Room Video) and State's Exhibit No. 83 (Interview Room Video) to this court for review. Upon receiving the exhibits, the court confirmed that the exhibits are identical copies of the same audio/video recording of law enforcement's interview of appellant on February 6, 2018. The audio/video file is saved in MJP format, which the court recognizes is not a format compatible with the TAMES RSP. However, the player included with the audio/video file contains an export feature under the player's Video menu that is capable of converting the file into AVI format, which is a format compatible with the TAMES RSP. *See* Jud. Comm. on Info. Tech., Technology Standards § 3.2 (Version 7.0 Nov. 2021), https://www.txcourts.gov/media/1435816/technology-standards.pdf. The export feature is also capable of splitting the video into multiple smaller files that do not exceed the two-gigabyte file-size limit of the TAMES RSP.[1]

---

[1] *See* Off. of Ct. Admin., TAMES Records Submission Portal (RSP) User Guide 8 (Version 3 Aug. 1, 2013), https://rsp.txcourts.gov/training/TAMES-RSP-User-Guide.pdf; *see also* Unif. Format Manual for Tex. Reporters' Records § 8.10 (amended June 28, 2010), https://www.txcourts.gov/media/244178/Uniform-Format-Manual-20100701.pdf (providing that a recording may be broken into multiple files if it is too long to fit in one file).

This court's staff is willing to share technical knowledge with court reporters about this method of converting exhibits to an electronic format that conforms to the size and format requirements of the TAMES RSP. But the responsibility of contacting court staff for this knowledge, and the obligation of uploading the reporter's record to the TAMES RSP, remains with the court reporter.

Accordingly, we return the copies of State's Exhibit Nos. PT SX-2 and 83 to the trial court clerk and order court reporter Teresa Ward to upload the exhibits to the TAMES portal in compliance with the applicable rules no later than **Monday, February 27, 2023**.[2]

We direct the clerk of this court to send a notice of this order to court reporter Teresa Ward, the attorneys of record, the trial court judge, and the trial court clerk.

Dated February 17, 2023.

Per Curiam

---

[2] Because the exhibits are the same video, we will permit the court reporter to upload one copy of the video with both exhibit numbers in the filename (i.e., Cooke-CR19-00054-RR-Part001-ExhibitPTSX-2-SX-83.avi).